IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,                No. CIV.S-06-0413 LKK DAD PS

    Plaintiff,

  v.                                   <u>ORDER</u>

POLICE OFFICER MITCHELL,
BADGE 0533, et al.,

    Defendants.
_____/

    Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

    By findings and recommendations filed June 21, 2006, the undersigned recommended that this action be dismissed without prejudice due to plaintiff's failure to timely file an amended complaint. Plaintiff has filed objections to those findings and recommendations, explaining that he indeed filed an amended complaint but that the Clerk of the Court inadvertently filed the amended

1

1  complaint in the wrong case (i.e., in a separate action brought by
2  plaintiff but against different defendants).  The undersigned has
3  reviewed the court files involved and finds plaintiff's representation
4  of the circumstances to be well-taken.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1.  The findings and recommendations filed June 21, 2006,
7  are vacated;

8        2.  The Clerk of the Court is directed to file a copy of
9  this order in the above captioned case as well as in plaintiff's other
10 case, Alvarez v. Hight, No. CIV.S-06-1130 FCD DAD PS;

11       3.  The amended complaint filed in Alvarez v. Hight, No.
12 CIV.S-06-1130 FCD DAD PS (Doc. no. 3) is stricken from that record;
13 and

14       4.  The Clerk of the Court is directed to file that amended
15 complaint in this action.

16 DATED: June 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:th
ddad1/orders.prose/alvarez0413.vacate

2